IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

Case No: 8:17-bk-03432-MGW
Chapter 13

GARFIELD BARRINGTON COOPER
_____/

**REPORT OF UNCLAIMED FUNDS**

After making distributions of monies received in this case, the Chapter 13 Standing Trustee states that all checks issued prior to March 27, 2019, have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 1129564 | $3,142.13 | Garfield Barrington Cooper<br>5487 Friarsway Drive<br>Tampa, FL  33624 |
| 1129564 | $2,900.00 | Garfield Barrington Cooper<br>5487 Friarsway Drive<br>Tampa, FL  33624 |

Pursuant to the provisions of 11 U.S.C. Section 347, the Trustee submits these funds totaling $6,042.13 for this case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry.

Dated:  May 22, 2019.

/s/ Kelly Remick
Kelly Remick
Chapter 13 Standing Trustee
P.O. Box 6099
Sun City Center, FL 33571-6099
Phone (813) 658-1165
Fax (813) 658-1166

Cc: Clerk, U.S. Bankruptcy Court/Court Registry